# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY H. DIESEN,<br><br>Defendant. | 4:23-PO-05041-JTJ<br><br>VIOLATION:<br>6531077<br>Location Code: M23F<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $125 fine and $30 processing fee for violation 6531077 (for a total of $155), and for good cause shown, **IT IS ORDERED** that the $155 fine paid by the defendant is accepted as a full adjudication of violation 6531077.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for October 19, 2023, is **VACATED.**

DATED this 16th day of October, 2023.

_____
John Johnston
United States Magistrate Judge